UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN RE:                              )    CASE NO: 08-41669-399
                                    )
DONALD IVAN BEASLEY SR              )
                                    )    CHAPTER 13
NANCY ELAINE BEASLEY                )
                                    )
                    DEBTOR(S)       )

LIST OF UNCLAIMED FUNDS AND ENTITIES
WHICH ARE ENTITLED TO PAYMENT

COMES NOW JOHN V. LABARGE, JR., CHAPTER 13 TRUSTEE, AND PROVIDES LIST FOR FILING PURSUANT TO BANKRUPTCY RULE 3011. THE FOLLOWING IS A LIST OF ALL KNOWN NAMES AND ADDRESSES OF THE ENTITIES AND THE AMOUNTS WHICH THEY ARE ENTITLED TO BE PAID FROM REMAINING PROPERTY OF THE ESTATE THAT IS PAID HEREWITH INTO COURT PURSUANT TO 11 U.S.C. SECTION 347(A):

MIDWEST VERIZON WIRELESS
PO BOX 3397                         $            5.15
C/O AFNI/VERIZON WIRELESS
BLOOMINGTON IL
256170             61701


                          /s/ John V. LaBarge, Jr.
                          ----------------------------------
DATE: June 30, 2010       JOHN V. LABARGE, JR.,
                          CHAPTER 13 TRUSTEE
                          P.O. Box 430908
                          St. Louis, MO 63143
XC -091                   (314) 781-8100   trust33@ch13stl.com